UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| VENITO LYNN JOHNSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CV43 CDP |
| ) | |
| CAPTAIN JAMES MULCAHY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

In response to the Court's order granting plaintiff Venito Johnson time to file a motion to compel, he has informed the Court that he has recently received the documents needed from defendant to properly respond to the pending motion for summary judgment. Johnson requests twenty days to file an addendum to his previously filed response in opposition to defendant's motion for summary judgment. Due to the late receipt of necessary documents, this request is reasonable and will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Venito Johnson's motion for an extension of time to file an addendum [#36] is GRANTED. Johnson shall file any surreply in opposition of defendant's motion for summary judgment by **Wednesday June 20, 2007**.

**IT IS FURTHER ORDERED** that plaintiff Johnson's motion for appointment of counsel [#33] is DENIED for the same reasons that the two previously-filed motions for appointment of counsel were denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2007.